Thomas Jefferson Owners Corp. v Lokshin (2024 NY Slip Op 50703(U))

BODY {
font-family : "Times New Roman", Times, serif;
font-size : larger;
}

P {
line-height: 150%;
text-indent: 2em
}

[*1]

Thomas Jefferson Owners Corp. v Lokshin

2024 NY Slip Op 50703(U)

Decided on June 10, 2024

Civil Court Of The City Of New York, Queens County

Guthrie, J.

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.



Decided on June 10, 2024
Civil Court of the City of New York, Queens County

Thomas Jefferson Owners Corp., Petitioner,

againstIgor Lokshin, "JOHN DOE", "JANE DOE", Respondents.
Index No. L&T 303841/21


Opinion withdrawn from online only publication by the State Reporter. This 
opinion will be published in the Miscellaneous Reports. See 2024 NY Slip Op 24169.